UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JACKIE LOWE,

    Plaintiff,                      Case No.

v.

NATIONAL MAINTENANCE SERVICES,
INC., a Florida Profit Corporation,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, National Maintenance Services, Inc., pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby remove this action from the Fifteenth Judicial Circuit for Palm Beach County, Florida. The removal is based on the existence of a claim arising under Federal law, and this Court therefore has original subject matter jurisdiction over the case pursuant to 28 U.S.C. § 1331.

The specific grounds for removal are the following:

1. Plaintiff commenced this action on or about March 28, 2019 by filing a Complaint in the Fifteenth Judicial Circuit for Palm Beach County, Florida. The Complaint is captioned JACKIE LOWE v. NATIONAL MAINTENACE SERVICES, INC., CASE NO. 502019CA004089XXXXMB (the "State court action"), and purports to assert claims under the Fair Labor Standards Act. Attached hereto as Exhibit A is a copy of the filed State Court Complaint.

2. The Complaint was served on the Defendant's registered agent on April 16, 2019.

3. Because the Complaint asserts claims arising under federal law, the District Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1331. As such, it is removable pursuant to 28 U.S.C. § 1441(a).

4. Removal is timely under 28 U.S.C. § 1446(b) because Defendant is removing the case within 30 days after its receipt of a copy of the initial pleading.

5. Venue is proper in the Southern District of Florida because the case is being removed from the Circuit Court in Palm Beach County, Florida, See 28 U.S.C. §1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the State Circuit Court for Palm Beach County, Florida.

Respectfully submitted,

ROLNICK & NETBURN
5521 N. University Drive, Ste. 204
Coral Springs, FL 33067
(954) 346-5001 Telephone
(954) 346-5006 Facsimile
Lawoffice@RolnickNetburn.com
Attorney for Defendant

/s/ *David A. Netburn, Esquire*

DAVID A. NETBURN, ESQUIRE
Florida Bar No. 83781

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by e-service to: Noah E. Storch, Esquire, Richard Celler Legal, P.A., 10368 W. State Road 84, Se. 230, Davie, FL 33324, on this 6th day of May, 2019.

ROLNICK & NETBURN
5521 N. University Drive, Ste. 204
Coral Springs, FL 33067
(954) 346-5001 Telephone
(954) 346-5006 Facsimile
Lawoffice@RolnickNetburn.com
Attorney for Defendant

/s/ *David A. Netburn, Esquire*

DAVID A. NETBURN, ESQUIRE
Florida Bar No. 83781